[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

Nos. 10-14307; 10-14308

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 8, 2011
JOHN LEY
CLERK

IN RE:

ADVANCED TELECOMMUNICATION NETWORK, INC.

Debtor.

-----------------------------------------------------------------------------------------------

6:10-cv-00381-JA, 6:03-bk-00299-KSJ

DANIEL W. ALLEN,
DAVID D. ALLEN,

Plaintiffs - Appellants,

versus

ADVANCED TELECOMMUNICATION NETWORK INC.,

Defendant - Appellee,

-----------------------------------------------------------------------------------------------

6:10-cv-00731-JA, 6:03-bk-00299-KSJ

ADVANCED TELECOMMUNICATION NETWORK INC.,

Plaintiff - Appellee,

versus

DANIEL W. ALLEN,
DAVID D. ALLEN,

                                                    Defendants - Appellants.

_____

Appeals from the United States District Court
for the Middle District of Florida
_____

(June 8, 2011)

Before EDMONDSON and MARCUS, Circuit Judges, and LAWSON,* District Judge.

PER CURIAM:

In this bankruptcy case, Daniel W. Allen and David D. Allen (collectively, "the Allens") appeal the district court's August 31, 2010 order dismissing the Allens' appeal of the bankruptcy court's January 15, 2010 final judgment in favor of Advanced Telecommunication Network, Inc. The district court found that the settlement agreement executed by the parties in 2005 barred the Allens from appealing the bankruptcy court's January 15, 2010 final judgment. The Allens argue that the district court erred in dismissing their appeal because the language

_____

* Honorable Hugh Lawson, United States District Judge for the Middle District of Georgia, sitting by designation.

of the settlement agreement is ambiguous and can be interpreted in a manner that would allow their appeal to proceed.  After thorough review, we affirm the district court's well-reasoned order dated August 31, 2010 dismissing the Allens' appeal because the language of the settlement agreement is unambiguous and bars the Allens from appealing the bankruptcy court's January 15, 2010 final judgment.

AFFIRMED.